UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>FORTY-FOUR (44) ASSORTED )<br>FIREARMS, PLUS 29 ITEMS OF )<br>ASSORTED AMMUNITION, )<br>)<br>DEFENDANTS-IN-REM. ) | Civ. No. 08-233-B-W |

## DECREE OF FORFEITURE

WHEREAS, on July 11, 2008, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of Title 18, United States Code, Sections 922(g)(3) and 924(d);

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, from October 28, 2008 to November 27, 2008, notice of this action was published on the official government website www.forfeiture.gov;

WHEREAS, on December 4, 2008, Justin Wentworth was defaulted;

WHEREAS, it appearing from the record no claims, contested or otherwise, have been filed against the defendants-in-rem;

**NOW THEREFORE**, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant-in-rem is **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED THAT** that the defendants-in-rem shall be disposed of according to law.

**SO ORDERED,**

Dated: January 5, 2009

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
United States District Court Judge